

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| EX PARTE: ANTONIO JOSE ADAME, | § | No. 08-18-00082-CR |
| Appellant. | § | Appeal from the |
|  | § | 409th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 20060D00063-409-1) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **October 4, 2018.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Stephen W. Spurgin, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 4, 2018.

IT IS SO ORDERED this 30th day of August., 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.